UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DENVER W. BLEVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19CV558 |
| | ) | |
| RANDOLPH COUNTY LAW ENFORCEMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 1, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #9] within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #7], which is affirmed and adopted.

IT IS THEREFORE ORDERED that that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous and for failing to state a claim upon which relief may be granted.

This the 11th day of August, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge